PER CURIAM,
The trial judge’s findings and judgment are supported by substantial competent evidence. Under these circumstances the ap *50 pellate court must affirm. Jovanovich v. Aero-Tech, Inc., 277 So.2d 555 (Fla.3d DCA 1973); Apeco Marina, Inc. v. St. Paul Fire & Marine Insurance Company, 301 So.2d 136 (Fla.3d DCA 1974); Metropolitan Dade County v. Bleaufontaine, 332 So.2d 143 (Fla.3d DCA 1976). See also Famco Electric, Inc. v. Hernandez, 293 So.2d 755 (Fla.3d DCA 1974).
Affirmed.